1

2  Austin W. Anderson
   WATTS LAW FIRM, LLP
3  2506 N. Port Avenue
   Corpus Christi, TX 78401
4  1.800.301.2823
   *Attorneys for Plaintiffs,*

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                      SAN FRANCISCO DIVISION

9                                          )  Case No. C-07-1926 CRB
   IN RE: BEXTRA AND CELEBREX              )
10  MARKETING SALES PRACTICES, AND         )  MDL NO. 1699
   PRODUCT LIABILITY LITIGATION            )
11                                         )  District Judge: Charles R. Breyer
   This Document Relates To:               )
12  *Donald Aaron, et al. v. Pfizer Inc., et al.*  )
                                           )  **STIPULATION AND ORDER OF
13      **CASE NO. C-07-1926 CRB**          )  DISMISSAL WITH PREJUDICE**
                                           )
14

15

16        COMES NOW Plaintiffs, Evelyn F. Alexander; Sharan Young, Individually and as

17  Representative of the Estate for Shirley Cirby, Deceased; Billy D. Hill, and Defendants, by and

18  through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the

19  dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

20

21        DATED:  December 31, 2009

22                                              _____
                                                Austin W. Anderson
23                                              WATTS LAW FIRM, LLP
                                                2506 N. Port Avenue
24                                              Corpus Christi, TX 78401
                                                1.800.301.2823
25                                              *Attorneys for Plaintiffs,*

26

27

28

                              -1-

DATED: February 4, 2010

Michelle W. Sadowsky
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4500
*Attorneys for Defendants*

**APPROVED AND SO ORDERED.**

DATED: FEB 1 7 2010

**CHARLES R. BREYER**
**UNITED STATES DISTRICT JUDGE**