Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates To:<br>*Donald Aaron, et al. v. Pfizer Inc., et al.*<br><br>**CASE NO. C-07-1926 CRB** | Case No. C-07-1926 CRB<br><br>MDL NO. 1699<br><br>District Judge: Charles R. Breyer<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiffs, Donald Aaron; Jose C. Alaniz; Dorothy D. Ash; Henry A Baker; Alvina Barbee; Sarah Beck; Marcus Betts; Caroline Bibbs; Willie L. Boyd; Wilma Brandenburg; Alvis Brown; Louis Bruder; Mary Lou Burington; Jim Burleson; Wayne Bynum; Luciano P. Cabrera; Harold E. Caldwell; Gloria M. Cantu; Israel Cantu; Davi Carder; Mary Carter, Individually and as Representative for the Estate of Henry L. Carter Sr., Deceased; Janie Chavez; Rosemary Congrove; Orlando F. Cudal; Wilburn Kenneth Cunningham; Irma Daniels; Anita Dominguez; Joe Ehlers; Dolores Elam; Dorothy Ellis; Ernest Erickson; Steve Fagiano; Jerry Fischer; Ola Flakes; Amparo Flores; Manuel M. Flores; Bernetta M. Ford; Iona L. Ford; Billie Freeman; Sharon Fuller; Mercedes P. Gallegos; Jose J. Garcia; Marilu Garcia; Marian C. Garrett; Ralph Gates; Nita Goldman; Jose R. Gonzales; Bettye Goodwin; Elizabeth Graham; Anthony J. Graveman; Martha Grayson; Melvin Green; Larry Hardy; Phillip C. Harper; Pamela M. Haynes; Hope F. Hendricks; Maria Hernandez; Paul Herrera; Emily Hill; Suzanne Hill; Marvin Hodge; Judy Hogan; Shirley Holland; Jerry Horner; John Horton; Fredia J. Howard; Teresa Hunter; Arthur Jarm; Erna Jellison, Individually and as Representative for the Estate of

-1-

James Jellison, Deceased; Margaret Williams, Individually and as Representative for the Estate of Patricia Johnson, Deceased; Stanley D. Jones; Sandra Kennedy; Seong Kim; Ronald Koegler; Betty Lackey; Jeannette Leppard; Willa Love; Jesse C. Lowe; Dennis R. Lye; Maria H. Martinez; Olly Mccauley; Herschel E. Mcdaniel; Woodrow Miller; Willene R. Mimms; Mary Anne Mitchell; Hector Morales; Barbara Morgan; George Munoz; Helen Myers; Eugene E. Nottingham; Pedro Nunez; William Patterson; Glenda R. Perry; Paula Pierce; Annette Price; Brian Rainey; Mildred Raney; Richard Reeves, Individually and as Representative for the Estate of Linnie Reeves, Deceased; Denise Riley; Margaret Rives; Kathy Robinson; Hortencia Rosales; Margie L. Rushlow; Antonio Salazar; Servando Salinas; Marcille Scott; Darlene Smith; Janice Smith; Harold Snyder; Alfa Soliz; Delvin Sparks; Edmond Stovall; Larry Traylor; Rosemary Turley; Lorena J. Violet; Curtis Ward; Audrey Washington; Betty Weiss; Ted Wheeler; Sharon Whitaker; James M. Whitehead; Varnarsis Williams; Nelda Womble, and Defendants, by and through the undersigned attorneys, pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: December 30, 2009

_____
Austin W. Anderson
WATTS LAW FIRM, LLP
2506 N. Port Avenue
Corpus Christi, TX 78401
1.800.301.2823
*Attorneys for Plaintiffs,*

DATED: February 4, 2010

_____
Michelle W. Sadowsky
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020-1104
212.335.4500
*Attorneys for Defendants*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  APPROVED AND SO ORDERED.

3  DATED: FEB 1 7 2010

   CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE